**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOEL LADSON | : |
| | : |
| Plaintiff, | : Civil Action No.: 21-1336 |
| | : |
| v. | : |
| | : |
| ES3, LLC | : |
| and | : |
| ES3 YORK, LLC | : |
| | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Rules 41 of the Federal Rules of Civil Procedure, by and between Timothy S. Seiler, counsel for Plaintiff, and Sarah Bryan Fask, counsel for Defendants, that the above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to the use of electronic signatures on this Stipulation.

| | |
|---|---|
| */s/ Timothy S. Seiler* | */s/ Sarah Bryan Fask* |
| Timothy S. Seiler, Esq. | Sarah Bryan Fask, Esq. |
| Karpf, Karpf & Cerutti, P.C. | Kimberly Saginario Esq. |
| 3331 Street Road | Littler Mendelson, P.C. |
| Two Greenwood Sq., Suite 128 | Three Parkway |
| Bensalem, PA | 1601 Cherry Street, Suite 1400 |
| Attorney for Plaintiff | Philadelphia, PA  19102 |
| | Attorneys for Defendants |

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
The Honorable Sylvia H. Rambo, U.S.D.J.